| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | George E Bailey<br>First Name  Middle Name  Last Name | Social Security number or ITIN  xxx–xx–6101<br>EIN  __–_____ |
| Debtor 2<br>(Spouse, if filing) | Heather L Bailey<br>First Name  Middle Name  Last Name | Social Security number or ITIN  xxx–xx–6163<br>EIN  __–_____ |
| United States Bankruptcy Court  District of New Jersey | | |
| Case number:  17–10841–JNP | | |

## Order of Discharge

12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

George E Bailey

Heather L Bailey
aka Heather L Crowell

6/13/22

**By the court:** Jerrold N. Poslusny Jr.
United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court

District of New Jersey

In re:  
George E Bailey  
Heather L Bailey  
    Debtors

Case No. 17-10841-JNP  
Chapter 13

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-1 | User: admin | Page 1 of 3 |
| Date Rcvd: Jun 13, 2022 | Form ID: 3180W | Total Noticed: 30 |

The following symbols are used throughout this certificate:  
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++    Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 15, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | George E Bailey, Heather L Bailey, 5688 Norris Ave, Millville, NJ 08332-7771 |
| 516662353 | + | NJSVS, Surcharge Violation System Office, PO Box 4850, Trenton, NJ 08650-4850 |
| 516594019 | + | State of New Jersey Surcharge Violation, PO Box 4850, Trenton, NJ 08650-4850 |
| 516594020 | + | Terri Swenson, 11 Bertini Dr, Bridgeton, NJ 08302-1201 |
| 516594021 | + | Thomas Murtha/Portfolio Recovery Assoc., 140 Corporate Blvd., Norfolk, VA 23502-4952 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Jun 13 2022 20:43:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Jun 13 2022 20:43:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 516778463 | + | Email/Text: bncmail@w-legal.com | Jun 13 2022 20:43:00 | Antio, LLC, C O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 516594010 | | EDI: BANKAMER.COM | Jun 14 2022 00:43:00 | Bank of America, PO Box 15019, Wilmington, DE 19886 |
| 516594009 | + | EDI: BANKAMER.COM | Jun 14 2022 00:43:00 | Bank of America, POB 15222, Wilmington, DE 19886-5222 |
| 516750289 | + | EDI: BANKAMER2.COM | Jun 14 2022 00:43:00 | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 516715886 | | EDI: BANKAMER.COM | Jun 14 2022 00:43:00 | Bank of America, N.A., PO Box 31785, Tampa, FL 33631-3785 |
| 516783277 | + | EDI: RECOVERYCORP.COM | Jun 14 2022 00:43:00 | Bureaus Investment Group Portfolio No 15 LLC, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk VA 23541-1021 |
| 516594012 | | EDI: CITICORP.COM | Jun 14 2022 00:43:00 | Citi Cards, PO Box 182564, Columbus, OH 43218 |
| 516594017 | | EDI: CITICORP.COM | Jun 14 2022 00:43:00 | Sears, PO Box 183081, Columbus, OH 53218-3081 |
| 516611781 | | Email/Text: Bankruptcy.RI@Citizensbank.com | Jun 13 2022 20:42:00 | Citizens Bank N.A., 1 Citizens Drive Mailstop ROP15B, Riverside, RI 02915 |
| 516594016 | | Email/Text: Bankruptcy.RI@Citizensbank.com | Jun 13 2022 20:42:00 | RBS Citizens, POB 42113, Providence, RI 02940 |
| 516729800 | | Email/PDF: bncnotices@becket-lee.com | Jun 13 2022 20:47:21 | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 517080050 | + | Email/Text: BKBCNMAIL@carringtonms.com | | |

| District/off: 0312-1 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Jun 13, 2022 | Form ID: 3180W | Total Noticed: 30 |

| Recip ID | Bypass | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | Jun 13 2022 20:42:00 | Carrington Mortgage Services, LLC, 1600 South Douglass Road, Anaheim, CA 92806-5948 |
| 517080051 | + | Email/Text: BKBCNMAIL@carringtonms.com | Jun 13 2022 20:42:00 | Carrington Mortgage Services, LLC, 1600 South Douglass Road, Anaheim, CA 92806, Carrington Mortgage Services, LLC, 1600 South Douglass Road, Anaheim, CA 92806-5948 |
| 517080817 | + | Email/Text: BKBCNMAIL@carringtonms.com | Jun 13 2022 20:42:00 | Carrington Mortgage Services, LLC, Attn Prober and Raphael, 20750 Ventura Boulevard, Suite 100, Woodland Hills, California 91364-6207 |
| 516594013 | + | EDI: WFNNB.COM | Jun 14 2022 00:43:00 | Comenity Bank/Fashion Bug, PO Box 182789, Columbus, OH 43218-2789 |
| 516594014 | + | EDI: HFC.COM | Jun 14 2022 00:43:00 | HSBC Card Services, PO Box 17051, Baltimore, MD 21297-1051 |
| 516731257 | | EDI: IRS.COM | Jun 14 2022 00:43:00 | IRS, POB 7346, Philadelphia, PA 19101-7346 |
| 516594011 | | EDI: JPMORGANCHASE | Jun 14 2022 00:43:00 | Cardmember Service/Chase, PO Box 15153, Wilmington, DE 19886 |
| 516594015 | + | EDI: RMSC.COM | Jun 14 2022 00:43:00 | Lowes, PO Box 530914, Atlanta, GA 30353-0914 |
| 516605028 | | EDI: Q3G.COM | Jun 14 2022 00:43:00 | Quantum3 Group LLC as agent for, Allgate Financial LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 516604995 | | EDI: Q3G.COM | Jun 14 2022 00:43:00 | Quantum3 Group LLC as agent for, MOMA Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 516761239 | | EDI: WFFC.COM | Jun 14 2022 00:43:00 | Wells Fargo Bank, N.A., PO Box 10438, Des Moines, IA 50306-0438 |
| 516594022 | + | EDI: WFFC.COM | Jun 14 2022 00:43:00 | Wells Fargo Financial National Bank, PO Box 660431, Dallas, TX 75266-0431 |

TOTAL: 25

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 516594018 | *P++ | CITIBANK, PO BOX 790034, ST LOUIS MO 63179-0034, address filed with court:, Sears, PO Box 183081, Columbus, OH 43218 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 15, 2022    Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

| | | |
|---|---|---|
| District/off: 0312-1 | User: admin | Page 3 of 3 |
| Date Rcvd: Jun 13, 2022 | Form ID: 3180W | Total Noticed: 30 |

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 13, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor BANK OF AMERICA N.A. dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Isabel C. Balboa | on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com summarymail@standingtrustee.com |
| Isabel C. Balboa | ecfmail@standingtrustee.com summarymail@standingtrustee.com |
| Maria Cozzini | on behalf of Creditor BANK OF AMERICA N.A. mcozzini@sternlav.com |
| Terry Tucker | on behalf of Debtor George E Bailey terrytucker@comcast.net |
| Terry Tucker | on behalf of Joint Debtor Heather L Bailey terrytucker@comcast.net |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 7